## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUKHAMMADODIL OKILDZHON ZADE, | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil A. No. 3:26-865 |
| | ) | Judge Nora Barry Fischer |
| LEONARD ODDO, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER OF COURT

AND NOW, this 15th day of July, 2026, upon consideration of Petitioner Mukhammadodil Okildzhon Zade's Motion to Enforce Court Order, (Docket No. 23) filed on July 13, 2026, wherein he claims that he was not afforded a timely individualized bond hearing within 10 days as required by the Court's June 22, 2026 Order, and the Court having separately granted the extension sought by Respondents to complete the bond hearing by July 15, 2026 due to the fact that Petitioner's immigration counsel had requested a continuance of the bond hearing and the immigration court had rescheduled the bond hearing for July 15, 2026, (Docket Nos. 20, 21),

IT IS HEREBY ORDERED that Petitioner's Motion [23] is DENIED, as moot.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:   All counsel of record.

cc:      MUKHAMMADODIL OKILDZHON-ZADE
         A-Number: 216863136
         175 PIKE COUNTY BLVD., NA,
         LORDS VALLEY, PA 18428 (via first class mail)